| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>HERZLICH & BLUM, LLP<br>27240 TURNBERRY LANE, SUITE 200<br>VALENCIA, CA 91355<br><br>Telephone (818) 783-8991<br><br>Allan Herzlich/SB #100920/allan@herzlich-blum.com<br>Jerome J. Blum/SB #100317/jerry@herzlich-blum.com<br>Marta Roza/SB #307206/marta@herzlich-blum.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Plaintiff | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| In re:<br>Alston Lockett Griffin Jr.<br><br>Debtor(s). | CASE NO.: 1:20-bk-11215-MT<br>CHAPTER: 7<br>ADVERSARY NO.: 1:20-ap-01084-MT |
|---|---|
| FIRST DATA MERCHANT SERVICES,LLC, a Florida limited liability company fka FIRST DATA MERCHANT SE<br><br>Plaintiff(s),<br>vs.<br>DAVID MOR<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]): STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4) |

PLEASE TAKE NOTE that the order or judgment titled STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)
was lodged on (*date*) 12/23/2020 and is attached. This order relates to the motion which is docket number 1.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                           Page 1                       F 9021-1.2.ADV.NOTICE.LODGMENT

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| HERZLICH & BLUM, LLP<br>27240 TURNBERRY LANE, SUITE 200<br>VALENCIA, CA 91355<br>Telephone (818) 783-8991<br><br>Allan Herzlich/SB #100920/allan@herzlich-blum.com<br>Jerome J. Blum/SB #100317/jerry@herzlich-blum.com<br>Marta Roza/SB #307206/marta@herzlich-blum.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for:* Plaintiff | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA** -*San Fernando Valley* **DIVISION**

| In re:<br>DAVID MOR | CASE NO.: 1:20-bk-11215-MT<br>CHAPTER: 7<br>ADVERSARY NO: 1:20-ap-01084-MT |
|---|---|
| Debtor(s) | **STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)** |
| FIRST DATA MERCHANT SERVICES,LLC, a Florida limited liability company fka FIRST DATA MERCHANT SERVICES CORPORATION, a Florida corporation<br><br>Plaintiff(s)<br>vs.<br><br>DAVID MOR<br><br>Defendant(s) | DATE: 12/18/2020<br>TIME: 1:00 P.M.<br>COURTROOM: 302<br>ADDRESS: 21041 Burbank Blvd,<br>Woodland Hills, CA 91367 |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:
    a. ☐ Continued to the following date for a further status conference: *(date)* _____ *(time)* _____
    b. ☐ A joint status report must be filed and served, including a judge's copy, by *(date)*: _____
    c. ☐ The last day to join other parties and to amend pleadings is *(specify date)*: _____
    d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is *(date)*: _____
    e. ☐ The last date for pre-trial motions to be heard is *(date)*: _____

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 1    F 7016-1.2.ORDER.STATUS.CONF

f. ☒ The last day for discovery to be completed, including receiving responses to discovery requests, is (date): <u>May 31, 2021</u> Completed means that all discovery under Fed. R. Civ. P. 30-36, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cutoff date, so that it will be completed by the cut-off date, taking into account time for service, notice and response as set forth in the Federal Rules of Civil Procedure. Counsel must promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.

g. ☒ A ☒ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by (date) <u>June 23, 2021</u>    (time) _____

☐ No pre-trial stipulation or pre-trial order is required

h. ☒ A pre-trial conference is set for (date) <u>July 7, 2021</u>    (time) <u>10:00 A.M.</u>

☐ No pre-trial conference is required

i. ☒ Estimate of time for trial (specify number of hours): <u>2 days</u>

j. ☐ A trial is set for (date) _____    (time) _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
   ☐ with prejudice    ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. ☒ Other (specify): 1. Expert witness designation deadline (if necessary): per rule;

2. Case dispositive motion filing deadline (MSJ; 12(c)): June 25, 2021; and

3. Discovery Motion Practice: All discovery motions must be filed within 30 days of the service of an objection, answer, or response which becomes the subject of dispute or the passing of a discovery due date without response or production, and only after counsel have met and conferred and have reached an impasse with regard to the particular issue. A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the Court, no stipulation continuing or altering this requirement will be recognized by the Court.

###

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2014    Page 2    F 7016-1.2.ORDER.STATUS.CONF



**Adversary LODGED ORDER UPLOAD FORM**

Wednesday, December 23, 2020

CONFIRMATION :

Your Lodged Order Info:
( **10297226.doc** )
A new order has been added

- **Office**: San Fernando Valley
- **Case Title**: First Data Merchant Services, LLC v. Mor
- **Case Number**: 20-01084
- **Judge Initial**: MT
- **Case Type**: ap ( Adversary )
- **Document Number**: 1
- **On Date**: 12/23/2020 @ 12:07 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

27240 TURNBERRY LANE, SUITE 200
VALENCIA, CA 91355

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) __12/23/2020__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Allan Herzlich    allan@herzlich-blum.com; Stephen S Smyth    office@smythlo.com;r58723@notify.bestcase.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov; Diane C Weil (TR)    dcweil@dcweillaw.com, DCWTrustee@dcweillaw.com,dweil@iq7technology.com,alopez@dcweillaw.com;ecf.alert+Weil@titlexi.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/23/2020 | MARTA ROZA | _(signature)_ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 2                                F 9021-1.2.ADV.NOTICE.LODGMENT