HERZLICH & BLUM, LLP
Attorneys-At-Law

27240 TURNBERRY LANE, SUITE 200
VALENCIA, CALIFORNIA 91355
Telephone (818) 783-8991

Allan Herzlich  State Bar #100920
Jerome J. Blum  State Bar #100317
Marta Roza State Bar #307206

Attorneys for Plaintiff

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: DAVID MOR<br><br>　　　　Debtor.<br>_____<br><br>FIRST DATA MERCHANT SERVICES, LLC, a Florida limited liability company fka FIRST DATA MERCHANT SERVICES CORPORATION, a Florida corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DAVID MOR,<br><br>　　　　Defendant.<br>_____ | BK NO. 1:20-bk-11215-MT<br><br>ADV NO. 1:20-ap-01084-MT<br><br>Chapter 7<br><br>DECLARATON OF ALLAN HERZLICH IN SUPPORT OF ENTRY FOR JUDGMENT |

I, ALLAN HERZLICH, do hereby declare:

1.　Each of the following facts is based upon my personal, firsthand knowledge and, if called upon, I could and would competently testify thereto.

///

///

-1-
DECLARATON OF ALLAN HERZLICH, ETC.

HERZLICH
& BLUM, LLP

2. I am an attorney at law duly licensed to practice and practicing before each of the courts of the State of California.

3. The parties have entered into a Mutual Release and Settlement Agreement.

4. Although the terms of the Mutual Release and Settlement Agreement contain a confidentiality provision, opposing counsel has agreed that I can file this Declaration and attach the preamble and applicable paragraph of that Agreement in order that a Judgment may enter and this Adversary Proceeding may be concluded.

5. Attached hereto as Exhibit "A" (and incorporated herein as though set forth in full) is a true and correct copy of the preamble and applicable paragraph of that Agreement, along with the signature pages.

6. Based thereon, it is respectfully requested that this Court enter its Judgment in the above-captioned matter as set forth therein.

Executed this 12th day of July, 2021 at Los Angeles, California.

I declare that the foregoing is true and correct under the laws of the United States of America.

_____
ALLAN HERZLICH

MUTUAL RELEASE AND SETTLEMENT AGREEMENT

1. **PARTIES**: The parties to this Mutual Release and Settlement Agreement (hereafter the "Agreement") are FIRST DATA MERCHANT SERVICES, LLC, a Florida limited liability company (hereafter "FIRST DATA") and DAVID MOR, (hereafter "MOR").

REDACTED

3. **JUDGMENT AND PAYMENT**: The parties hereto agree that:

3.1 Judgment may be entered forthwith in Adversary Case No. 1:20-bk-1084-MT in the United States Bankruptcy Court (in Case No. 1:20-bk-11215-MT) that the Judgment entered in Los Angeles Superior Court Case No. 18STCV04168 is determined to be, and is, a debt not dischargeable in bankruptcy and remains a lawful debt of MOR, with the proviso that such Judgment shall be reduced to the sum of $200,000 as of June 29, 2021 and interest shall accrue thereafter at the state interest rate

REDACTED

EXHIBIT A

Main Document    Page 5 of 9

REDACTED

EXHIBIT A

REDACTED

EXHIBIT A

FIRST DATA MERCHANT SERVICES, LLC

_____    By: _____
DAVID MOR

1

EXHIBIT A

REDACTED

_____
DAVID MOR

FIRST DATA MERCHANT SERVICES, LLC
By: _____
    V.P. Collections

6

EXHIBIT A

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

27240 Turnberry Lane, Suite 200, Valencia CA 91355

A true and correct copy of the foregoing document entitled (*specify*): DECLARATON OF ALLAN HERZLICH IN SUPPORT OF ENTRY FOR JUDGMENT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 14, 2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Allan Herzlich**    allan@herzlich-blum.com
- **Stephen S Smyth**    office@smythlo.com;r58723@notify.bestcase.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Diane C Weil (TR)**    dcweil@dcweillaw.com, DCWTrustee@dcweillaw.com,dweil@iq7technology.com,alopez@dcweillaw.com;ecf.alert+Weil@titlexi.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 14, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Maureen A. Tighe, Chief Judge United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 324 / Courtroom 302
Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 14, 2021 | Marta Roza | _(signature)_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**